| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK | **Hearing Date:** 03/30/10<br>**Hearing Time:** 10:00 a.m. |

In re:                                                       x

MEYER EHRMAN

Chapter 11
Case No. 09-23212-rrd

_____Debtor._____
                                                              x
MARINA DISTRICT DEVELOP-
MENT CO. LLC T/A BORGATA

                    Plaintiff,
V.                                                           Adversary Proc. No. 09-08308-rrd
MEYER EHRMAN

_____Defendant.____x

### NOTICE OF MOTION TO COMPEL DEFENDANT TO PROVIDE NOTARIZED ANSWERS TO INTERROGATORIES AND SUPPLEMENTAL INTERROGATORIES

**PLEASE TAKE NOTICE** that upon the annexed application of MARINA DISTRICT DEVELOPMENT CO LLC T/A BORGATA, by its attorneys, CRANER, SATKIN, SCHEER & SCHWARTZ, P.C., the undersigned will move before The Honorable Robert D. Drain, U.S.B.J., at the United States Bankruptcy Court, 300 Quarropas Street, White Plains, NY 10601, on March 30, 2010, at 10:00 a.m. or as soon thereafter as counsel can be heard, for an Order compelling defendant to provide notarized answers to Interrogatories and Supplemental Interrogatories, pursuant to Federal Bankruptcy Rule of Procedure Rule 7037, together with such other and further relief as to the Court seems just and proper.

DATED: January 26, 2010                 /s/ M. RICHARD SCHEER, ESQ.
                                        M. RICHARD SCHEER, ESQ. (MS-7015)
                                        CRANER, SATKIN, SCHEER &
                                        SCHWARTZ, P.C.
                                        60 E. 42nd Street, 47th Fl, NY, NY 10165
                                        320 Park Avenue, P.O. Box 367
                                        Scotch Plains, NJ 07076
                                        (212) 938-2337/(908) 322-2333
                                        Attorneys for Movant

{00037251}

TO:   MARK FRANKEL, ESQ.
      BACKENROTH, FRANKEL & KRINSKY, LLP
      489 Fifth Avenue
      New York, NY 10017
      (212) 593-1100
      Attorneys for Defendant

{00037251}