UNITED STATES BANKRUPTCY COURT          **Hearing Date:**    **03/30/10**
SOUTHERN DISTRICT OF NEW YORK          **Hearing Time:**    **10:00 a.m.**

In re:

MEYER EHRMAN

Chapter 11
Case No. 09-23212-rrd

_____ Debtor. _____

MARINA DISTRICT DEVELOP-
MENT CO. LLC T/A BORGATA

Plaintiff,
V.                                          Adversary Proc. No. 09-08308-rrd
MEYER EHRMAN

_____ Defendant. _____

## ORDER COMPELLING DEFENDANT TO PROVIDE NOTARIZED ANSWERS TO INTERROGATOTRIES AND SUPPLEMENTAL INTERROGATORIES

Upon the application of plaintiff, Marina District Development Co LLC T/A Borgata,

dated January 26, 2010, for an Order pursuant to Bankruptcy Rule 7037, seeking the entry of an

order compelling defendant to comply with discovery provide notarized answers to

Interrogatories and Supplemental Interrogatories, and after due deliberation, it is hereby

**ORDERED** that the defendant provide fully responsive answers to Interrogatories and

Supplemental Interrogatories with 15 days of the service of the Order upon defendant's counsel,

and it is further

**ORDERED** that upon separate application by plaintiff's counsel, the Court will consider

counsel fees to be assessed against defendant for non-compliance with Bankruptcy Rule 7033.

DATED:_____, 2010

                                        _____
                                        HON ROBERT D. DRAIN, U.S.B.J.
                                        SOUTHERN DISTRICT OF NEW YORK

{00037260}