UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:

MEYER EHRMAN

Chapter 11
Case No. 09-23212-rrd

Debtor.

---

MARINA DISTRICT DEVELOP-
MENT CO. LLC T/A BORGATA

        Plaintiff,

v.

MEYER EHRMAN

        Defendant.

Adversary Proc. No. 09-08308-rrd

## NOTICE OF ADJOURNMENT OF HEARING

PLEASE TAKE NOTICE that the Motion to Compel in the above Adversary Proceeding has been adjourned from August 6, 2010 to September 21, 2010 at 10:00 a.m. before The Honorable Robert D. Drain, U.S.B.J., U.S. Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, NY.

DATED:    June 23, 2010

                                        CRANER, SATKIN, SCHEER & SCHWARTZ, P.C.
                                        Attorneys for Plaintiff, Marina District
                                        Development Co. LLC t/a Borgata

                                        BY: /s/ M. RICHARD SCHEER (MS-7105)
                                              M. RICHARD SCHEER

{00045419}