UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

MEYER EHRMAN

Chapter 11
Case No. 09-23212-rrd

          Debtor.

MARINA DISTRICT DEVELOP-
MENT CO. LLC T/A BORGATA

          Plaintiff,

v.

Adversary Proc. No. 09-08308-rrd

MEYER EHRMAN

          Defendant.

### AFFIDAVIT OF ATTEMPT TO RESOLVE DISCOVERY ISSUE

STATE OF NEW JERSEY:
                    ss.:
COUNTY OF UNION  :

      M. RICHARD SCHEER, being duly sworn upon his oath, deposes and says:

1.     I am the attorney for the plaintiff in the above Adversary Proceeding.

2.     There is presently pending a motion to compel fully responsive answers to initial and supplemental Interrogatories.

3.     Correspondence has been exchanged between counsel for the plaintiff and defendant in an attempt to resolve these issues. The only issue that has been resolved is that counsel for the defendant has provided an e-mail statement that the defendant had no brokerage, mutual funds, or security accounts during the period in issue, as requested by Interrogatory No. 3.

4.     The remaining issues subject to the discovery motion have not been resolved.

                                          /s/ M. RICHARD SCHEER
                                              M. RICHARD SCHEER

Sworn to and subscribed before
me this 9th day of July, 2010
/s/ VALERIE A. ZIEGLER

      VALERIE A. ZIEGLER
   A Notary Public Of New Jersey
   My Commission Expires 9/17/2012

{00046339}